WILLIAM MAHONEY, as Administrator of the Estate of GEORGE MAHONEY, Deceased, Respondent, v SUDESH K. SHARMA et al., Appellants.

Absent competent medical proof of the causal connection between the alleged negligence and the death of the original plaintiff, the granting of leave to amend the complaint constituted an improvident exercise of discretion (*see, Fiorentino v Cobble Hill Nursing Home,* 101 AD2d 825; *Ortiz v Bono,* 101 AD2d 812; *Smith v Hellman,* 57 AD2d 566; *Wood v Southside Hosp.,* 45 AD2d 1052). Thompson, J. P., Bracken, O'Connor and Weinstein, JJ., concur.